

**IceMiller**

1500 Broadway | Suite 2900 | New York, NY 10036

Baltimore   Cleveland   Chicago   Columbus   Indianapolis   Miami   Naples

New York   Philadelphia   Phoenix   Washington, D.C.

WRITER'S DIRECT NUMBER: 212-824-4975
EMAIL: Alex.Talel@icemiller.com

July 10, 2025

**Via ECF**
Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. By stipulation of the parties (*see* ECF No. 12), Defendants' deadline to respond to the Complaint is extended to **July 31, 2025**.
>
> The initial conference previously scheduled for July 15, 2025, is hereby ADJOURNED to **August 12, 2025, at 2:30 PM**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 530 186 782, followed by the pound (#) sign. The parties shall submit their joint pre-conference letter (*see* ECF No. 10) no later than **August 7, 2025**.
>
> SO ORDERED.
>
> /s/ Dale E. Ho
> Dale E. Ho     Dated: July 10, 2025
> United States District Judge     New York, New York

       RE:    ***Pavion Corp. v. Justin Zimlinghaus and Sage Integration Holdings, LLC***, Case No. 1:25-cv-04773—Request to Adjourn Initial Case Management Conference

Dear Judge Ho:

     Ice Miller LLP represents Defendants, Justin Zimlinghaus and Sage Integration Holdings, LLC, in the above-captioned matter. Consistent with the Court's Individual Practice Rules and given the parties stipulation extending the Complaint response deadline (ECF. 12), Defendants request an adjournment of the Initial Case Management Conference, currently scheduled for Tuesday, July 15, 2025, at 2:30pm, pending Defendants' response to the Complaint.

     Plaintiff consents to this request. The parties propose the following alternative dates: August 6 at 2:30pm, August 7 at 2:30pm and August 8 at 2:30pm.

     We appreciate the Court's consideration and attention.

                               Most sincerely,

                               /s/ *Alexander Talel*
                               Alexander Talel
                               ICE MILLER LLP
                               1500 Broadway
                               29th Floor
                               New York, NY 10036
                               212-824-4975
                               alex.talel@icemiller.com