

**EPSTEIN BECKER GREEN**

Attorneys at Law

Michael A. Brodlieb
t  212.351.4706
f  212.878.8600
MBrodlieb@ebglaw.com

> Application GRANTED. The initial pretrial conference previously scheduled for August 12, 2025 is hereby ADJOURNED to October 10, 2025 at 2:30 PM.
>
> SO ORDERED.
>
> */s/ Dale E. Ho*
>
> Dale E. Ho
> United States District Judge
> Dated: August 8, 2025
> New York, New York

August 8, 2025

**VIA ECF**
The Hon. Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *Pavion Corp. vs. Justin Zimlinghaus and Sage Integration Holdings, LLC*, No. 1:25-cv-04773-DEH

Dear Judge Ho:

        This firm represents plaintiff Pavion Corp. in the above-referenced matter. In accordance with Paragraph 2 of the Court's Individual Practices, the parties submit this joint request to adjourn the initial pretrial conference scheduled for August 12, 2025, at 2:30. The reason for this request is that Pavion Corp. intends to file an Amended Complaint on or before September 9, subject to a proposed stipulation and order to be submitted by the parties, and which may affect the scope and schedule of discovery in this matter. Accordingly, the parties propose the following alternative dates: October 10 at 2:30 p.m., October 13 at 2:30 p.m., and October 16 at 2:30 p.m.

        The parties have made one previous request for an adjournment, which the Court granted. *See* Dkt. No. 14.

        We thank the Court for its attention to this matter.

        Respectfully,

        */s/ Michael A. Brodlieb*

        Michael A. Brodlieb

Cc: Alex Talel, Esq. (via ECF)