

1500 Broadway | Suite 2900 | New York, NY 10036

Baltimore  Cleveland Chicago  Columbus  Indianapolis  Miami  Naples

New York  Philadelphia  Phoenix  Washington, D.C.

WRITER'S DIRECT NUMBER: 212-824-4975
EMAIL: Alex.Talel@icemiller.com

October 2, 2025

<u>Via ECF</u>
Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> RE:   *Pavion Corp. v. Justin Zimlinghaus and Sage Integration Holdings, LLC*, Case No. 1:25-cv-04773—Request to Adjourn Initial Case Management Conference

Dear Judge Ho:

Ice Miller LLP represents Defendants Justin Zimlinghaus and Sage Integration Holdings, LLC, in the above-captioned matter. Consistent with the Court's Individual Practice Rules and in light of conflicts arising from the holidays this month, Defendants request an adjournment of the Initial Case Management Conference, currently scheduled for Friday, October 10, 2025, at 2:30pm. Plaintiff has consented to this request.

The parties propose the following alternative dates: November 4 at 2:30pm, November 6 at 2:30pm and November 13 at 2:00pm. This is the parties' third request for adjournment, both previous requests having been granted.

We appreciate the Court's consideration and attention.

Most sincerely,

/s/ *Alexander Talel*
Alexander Talel
ICE MILLER LLP
1500 Broadway
29th Floor
New York, NY 10036
212-824-4975
alex.talel@icemiller.com

Application GRANTED.  The conference previously schedule for October 10, 2025 is hereby adjourned to **November 13, 2025** at **3:30 pm**.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 3, 2025
New York, New York

Ice Miller LLP                                                          icemiller.com