

Attorneys at Law

Denae Kassotis
t  212.351.4635
f  212.878.8600
DKassotis@ebglaw.com

**Via ECF**
The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

October 8, 2025

    **RE:   Pavion Corp. v. Justin Zimlinghaus and Sage Integration Holdings, LLC**, Case No. 1:25-cv-04773

Dear Judge Ho:

    Epstein Becker & Green, P.C. represents Plaintiff Pavion Corp. in the above-referenced action. Pursuant to the Court's Individual Rule of Practice 2(e), and in light of scheduling conflicts due to the upcoming holidays, Plaintiff respectfully requests an eight-day extension of its deadline to file an opposition to Defendants' motion to dismiss, currently due on October 14, 2025. Plaintiff also respectfully requests a corresponding extension of the remaining briefing schedule. Plaintiff accordingly proposes that its opposition be due on October 22, 2025, and that Defendants' reply, if any, be due on October 30, 2025.

    This is Plaintiff's first request for an extension of time, and Defendants consent to this request. We thank the Court for its attention to this matter.

Application **GRANTED**. Plaintiff's opposition is now due on or before **October 22, 2025**, and Defendants' reply, if any, is due on or before **October 30, 2025**.

SO ORDERED.

*[signature]*

Dale E. Ho
United States District Judge
Dated: October 9, 2025
New York, New York

Respectfully submitted,

*/s/ Denae Kassotis*
Denae Kassotis
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4635
dkassotis@ebglaw.com

Epstein Becker & Green, P.C.  |  875 Third Avenue  |  New York, NY  10022  |  t  212.351.4500  |  f  212.878.8600  |  ebglaw.com