UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pavion Corp., <br><br> Plaintiff(s), <br><br> v. <br><br> Justin Zimlinghaus et al., <br><br> Defendant(s). | 25 Civ. 4773 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On November 4, 2025**,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **November 13, 2025,** at **3:30 p.m. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: November 7, 2025
       New York, New York

                                                     DALE E. HO
                                        United States District Judge