UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pavion Corp., | |
| Plaintiff, | 25-CV-4773 (DEH) |
| v. | ORDER |
| Justin Zimlinghaus, et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

In light of Plaintiff's Amended Complaint, ECF No. 23, and Defendants' corresponding

Motion to Dismiss, ECF No. 24, the prior Motion to Dismiss Plaintiff's initial Complaint, ECF

No. 15, is **DENIED as moot**.  The Court will consider Defendants' pending Motion to Dismiss

the operative Complaint in due course.

The Clerk of Court is respectfully directed to close ECF No. 15.

SO ORDERED.

Dated: March 4, 2026
       New York, New York

_____
DALE E. HO
United States District Judge