

One American Square, Suite 2900, Indianapolis, IN 46282

Baltimore  Chicago  Cleveland  Columbus  Indianapolis  Miami

Naples  New York  Philadelphia  Washington, D.C.  Wilmington

May 18, 2026

<u>**Via ECF**</u>

Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> RE:   *Pavion Corp. v. Justin Zimlinghaus and Sage Integration Holdings, LLC,*
> **Case No. 1:25-cv-04773—Request to Extend Discovery Deadlines**

Dear Judge Ho:

Ice Miller LLP represents defendant Sage Integration Holdings, LLC, in the above-captioned matter. Undersigned counsel submits this joint letter along with counsel for defendant Justin Zimlinghaus and counsel for plaintiff Pavion Corp. in accordance with Paragraph 2 of the Court's Individual Rules and Practices in Civil Cases, respectfully requesting a limited extension of the current May 29, 2026 fact-discovery deadline to August 28, 2026, solely for the purpose of completing depositions.

The parties have been exchanging written discovery and have agreed to, and diverted resources toward, a mediation scheduled for June 25, 2026 aimed at resolving both this action and a parallel action pending in the Western District of Tennessee, *Pavion Corp. v. Sage Integration Holdings et al.*, 2:25-cv-02954-BCL-cgc.

The parties anticipate substantially completing written discovery by the currently ordered May 29, 2026 fact discovery deadline. (ECF No. 47). However, the parties anticipate requiring additional time to complete fact depositions.  As such, the parties jointly request the Court enter an order extending the deadline to complete fact depositions to August 28, 2026.[1]  The parties believe that extension will allow them to focus on the upcoming mediation and potential resolution of the case, while allowing time to complete depositions should the case proceed.

The parties do not seek an extension for purposes of delay, but rather to preserve judicial resources, and, as necessary, complete discovery. Neither party will be prejudiced by the granting of the extension. To the contrary, the parties and case development will be served by such an

---

[1] In accordance with Paragraph 2 of the Court's Individual Practices, undersigned counsel further supplies the following:

This is the parties' second joint request for an extension of discovery deadlines. The first joint request was granted by this Court on February 27, 2026. (ECF No. 47).

The date of the parties' next scheduled appearance before the Court is May 26, 2026. (ECF No. 43).

extension because it will allow adequate time for the parties to explore resolution, complete necessary discovery, and maintain the trial schedule set by the Court.

The parties also request a corresponding extension of the currently scheduled May 26, 2026 case management conference and the May 20, 2026 deadline for submission of the parties' joint status letter, (ECF No. 43), so that those dates follow the close of discovery. The requested extension will not affect any other deadlines in this matter.

Thank you for your consideration of this request.  The parties are available at the Court's convenience should the Court find it helpful to discuss these issues.

Most sincerely,

/s/ Alexander Talel
Alexander Talel
ICE MILLER LLP
1500 Broadway
29th Floor
New York, NY 10036
212-824-4975
alex.talel@icemiller.com

Application **GRANTED**.  The parties shall adhere to the deadlines set forth herein.  The case management conference previously scheduled for May 26, 2026 is hereby **ADJOURNED** to September 9, 2026 at 11:00 a.m.  The conference will be held via Microsoft Teams.  The parties shall join the conference by dialing (646) 453-4442 and entering the conference ID: 406 501 706, followed by the pound (#) sign.  The parties shall submit a joint status letter by September 3, 2026.  The letter shall state whether any party intends to file a dispositive motion.  The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge.

The Clerk of Court is respectfully directed to close ECF No. 49.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: May 19, 2026
New York, New York